

# NUMBER 13-25-00183-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JERRY LOPEZ,                                                          Appellant,

v.

SCHLITTERBAHN BEACH
RESORT MANAGEMENT, LLC,                                              Appellee.

## ON APPEAL FROM THE 445TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca
Memorandum Opinion by Chief Justice Tijerina**

This cause is before the Court on its own motion. On April 11, 2025, appellant filed a notice of appeal. The clerk's record was due on May 15, 2025. On May 13, 2025, the Clerk of the Court notified appellant that the deputy district clerk, Berenice Rodriguez, had notified the Court that appellant had failed to make arrangements for payment of the

clerk's record. Appellant was further notified that unless he made arrangements to pay for the clerk's record and proof of payment was provided to the Court within ten days, the appeal was subject to dismissal for want of prosecution. *See* TEX. R. APP. 37.3(b). Appellant has failed to respond or otherwise provide the requested documentation. Furthermore, on June 12, 2025, the district clerk again confirmed appellant has not made arrangements for paying for the clerk's record.

No clerk's record has been filed due to appellant's failure to pay or make payment arrangements, and appellant has failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 37.3(b), 42.3(b), (c).

JAIME TIJERINA
Chief Justice

Delivered and filed on the
26th day of June, 2025.